## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN OPTICAL SERVICES, INC., | : | Case No. 14-11528 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENESIS BILLING SYSTEMS, LLC, | : | Case No. 14-11529 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENESIS EYE CENTER, PLLC, | : | Case No. 14-11530 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THOMAS RETINAL EYE SPECIALISTS, P.C., | : | Case No. 14-11531 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STEVEN T. OLKOWSKI, M.D., P.C., | : | Case No. 14-11532 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JOSEPH D. UDVARI, JR., O.D., P.C., | : | Case No. 14-11533 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LARRY R. MOORMAN, M.D., P.C., | : | Case No. 14-11534 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PHILIP H. CLARK, O.D., P.A., | : | Case No. 14-11535 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LAKEWOOD EYE CLINIC, P.C., | : | Case No. 14-11536 (CSS) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THOMAS G. ABELL, M.D., P.S.C., | : | Case No. 14-11537 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EYES ON YOU EYECARE, INC., | : | Case No. 14-11538 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EPIC MANAGEMENT GROUP, LLC, | : | Case No. 14-11539 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 926 N. WILCREST, LLC, | : | Case No. 14-11540 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EYEGLASSES ETC., INC., | : | Case No. 14-11541 (CSS) |
| | : | |
| Debtor. | : | **Related to Docket No. 3** |

-------------------------------------------------------x

2

```
----------------------------------------------------x
In re:                                              :        Chapter 11

J. RICHARD SUSI, D.O., P.A.,                        :        Case No. 14-11542 (CSS)
                                                    :
                Debtor.                             :        Related to Docket No. 3
----------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
JOSEPH KURSTIN, M.D., P.A.,                         :        Case No. 14-11543 (CSS)
                                                    :
                Debtor.                             :        Related to Docket No. 3
----------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
AOS-OMS, LLC,                                       :        Case No. 14-11544 (CSS)
                                                    :
                Debtor.                             :        Related to Docket No. 3
----------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
AMERICAN OPTICAL SERVICES, LLC,                     :        Case No. 14-11545 (CSS)
                                                    :
                Debtor.                             :        Related to Docket No. 3
----------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
EHS-RIVERFRONT, LLC,                                :        Case No. 14-11546 (CSS)
                                                    :
                Debtor.                             :        Related to Docket No. 3
----------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
OPTICAL MANAGEMENT SYSTEMS, INC.,                   :        Case No. 14-11547 (CSS)
                                                    :
                Debtor.                             :
----------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
RIVERFRONT HEARING, INC.,                           :        Case No. 14-11548 (CSS)
                                                    :
                Debtor.                             :        Related to Docket No. 3
----------------------------------------------------x
```

3

```
--------------------------------------------------------------x
In re:                                    :    Chapter 11
                                          :
EXELA HEARING SERVICES, LLC,              :    Case No. 14-11549 (CSS)
                                          :
              Debtor.                     :    Related to Docket No. 3
--------------------------------------------------------------x
In re:                                    :    Chapter 11
                                          :
MACKEYSER HOLDINGS, LLC,                  :    Case No. 14-11550 (CSS)
                                          :
              Debtor.                     :    Related to Docket No. 3
--------------------------------------------------------------x
```

## ORDER UNDER FED. R. BANKR. P. 1015 AND DEL. BANKR. L.R. 1015-1 AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the Debtors for an order, under Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of their chapter 11 cases; and the Court having reviewed the Motion and the Allison Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Motion is GRANTED as set forth herein.

2.    The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 14-11550 (CSS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3.    The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

```
------------------------------------------------------- x
In re:                                  :    Chapter 11
                                        :
MACKEYSER HOLDINGS, LLC, et al.,        :    Case No. 14-11550 (CSS)
                                        :
          Debtors¹.                     :    Jointly Administered
------------------------------------------------------- x
```

The footnote 1 reference in such caption shall set forth a complete listing of the Debtors' names and the last four digits of each Debtor's tax identification number.

4.    The caption set forth above shall be deemed to satisfy any applicable requirements of Bankruptcy Code Section 342(c) and Bankruptcy Rule 2002(n).

5.    All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of MacKeyser Holdings, LLC, Inc., Case No. 14-11550 (CSS).

6.    A docket entry shall be made in the chapter 11 cases of all Debtors other than MacKeyser Holdings, LLC, substantially as follows:

> "An order has been entered in this case consolidating this case with the case of MacKeyser Holdings, LLC, Case No. 14-11550 (CSS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 14-11550 (CSS) should be consulted for all matters affecting this case."

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: MacKeyser Holdings, LLC (5620); American Optical Services, Inc. (5707); Exela Hearing Services, LLC (6175); Optical Management Systems, Inc. (8300); Riverfront Hearing, Inc. (9220); AOS-OMS, LLC (4445); American Optical Services, LLC (4879); EHS-Riverfront, LLC (4530); 926 N. Wilcrest, LLC (2497); Epic Management Group, LLC (3385); Eyeglasses Etc., Inc. (7753); Eyes On You Eyecare, Inc. (2091); Genesis Billing Systems, LLC (1548); Genesis Eye Center, PLLC (8427); J. Richard Susi, D.O., P.A. (1936); Joseph D. Udvari, Jr., O.D., P.C. (0856); Joseph Kurstin, M.D., P.A. (7339); Lakewood Eye Clinic, P.C. (2251); Larry R. Moorman, M.D., P.C. (5458); Philip H. Clark, O.D., P.A. (6411); Steven T. Olkowski, M.D., P.C. (1813); Thomas Retinal Eye Specialists, P.C. (0492); Thomas G. Abell, M.D., P.S.C. (1810).  The corporate headquarters and the mailing address for each entity listed above is 8076 West Sahara Avenue, Las Vegas, NV  89117.

53032/0001-10674614v4

7.    Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

8.    Nothing in this Order shall effect a substantive consolidation of the Debtors' estates.

9.    This Order shall take effect immediately upon entry.

10.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated:    Wilmington, Delaware
          June 24        , 2014

_____
UNITED STATES BANKRUPTCY JUDGE